IN THE DISTRICT COURT IN AND FOR
                                      THE SOUTHERN DISTRICT OF FLORIDA
                                      MIAMI DIVISION

                                      CASE NO. 1:11-cv-22361

SUSAN GRUNDNER,

      Plaintiff,

v.

PIONEER CREDIT RECOVERY, INC.,

      Defendant.
_____/

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of the Southern District of Florida, Plaintiff's Notice of Settlement. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

                                                  Respectfully submitted,
                                                  **SUSAN GRUNDNER**

                                                  By: s/ Alex Weisberg
                                                 ALEX D. WEISBERG
                                                 FBN: 0566551
                                                 WEISBERG & MEYERS, LLC
                                                 ATTORNEYS FOR PLAINTIFF
                                                 5722 S. Flamingo Road, Ste. 656
                                                 Cooper City, FL 33330
                                                 (954) 212-2184
                                                 (866) 577-0963 fax
                                                 aweisberg@attorneysforconsumers.com

**CERTIFICATE OF FILING**

I HEREBY CERTIFY THAT this Notice was filed on this 26th day of July, 2011, by means of the CM/ECF system.

**CERTIFICATE OF SERVICE**

I, Alex D. Weisberg, certify that a true and correct copy of the foregoing **Notice of Settlement** was served upon Mr. Kevin Dreyer, Assistant General Counsel, Sallie Mae, 11501 Northlake Drive, Cincinnati, OH 45245, by depositing the same on July 26, 2011, in the U.S. Mail, enclosed in an envelope with first class postage prepaid thereon

By: s/ Alex Weisberg
ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
5722 S. Flamingo Road, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com